UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **RONNIE EDWARD REED** <br> *Plaintiff* <br><br> v. <br><br> **THOMAS KEVIN WATERS, in his official capacity as Sheriff of the City of Jacksonville, Florida; JOEL BELGARD, individually; NICHOLAS HACKLEY, individually; and UNIDENTIFIED UNDERCOVER OFFICER #1, individually** <br> *Defendant* | Civil Action No. 3:24-cv-00463 |

## AFFIDAVIT OF SERVICE

I, David Hoppel, state:

I am 18 years or older and not a party to this action.

I received the following documents on May 13, 2024, at 3:43 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Thomas Kevin Waters, Sheriff in Duval County, FL on June 3, 2024 at 3:00 pm at 117 W Duval St, 480, Jacksonville, FL 32202 by workplace substituted service by leaving the documents at the usual workplace of Thomas Kevin Waters, Sheriff with Rapunzel Bean who is the General Council Office Admin Authorized to Accept for Thomas Kevin Waters, Sheriff.

Cover Sheet
Complaint
Summons


Additional Description:
Served Rapunzel Bean, General Council Office Admin.

Black or African American Female, est. age 55-64, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".

Total Cost: $254.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ____St. Johns County_____,
____FL_____ on ___6/5/2024_____.

/s/ *David Hoppel*
Signature
David Hoppel
+1 (908) 268-5454
105 Venetian Blvd, St Augustine, FL 32095

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| RONNIE EDWARD REED,<br><br>*Plaintiff(s)*<br>v.<br>THOMAS KEVIN WATERS, in his official capacity, and JOEL BELGARD, an individual, NICHOLAS HACKLEY, an individual, and UNIDENTIFIED UNDERCOVER OFFICER #1, an individual,<br><br>*Defendant(s)* | Civil Action No. 24-cv-00463 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THOMAS KEVIN WATERS
SHERIFF, CITY OF JACKSONVILLE, FLORIDA
501 EAST BAY STREET
JACKSONVILLE, FLORIDA 32202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN D. WEBB, ESQ.
JOHN D. WEBB, P.A.
1662 STOCKTON STREET, SUITE 201
JACKSONVILLE, FL 32204
JWEBB@JACKWEBBLAW.COM
(904) 803-4686

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 13, 2024

*Ashleigh Levi*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-00463

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by **Fed. R. Civ. P. 4** (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: