UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONNIE EDWARD REED,

    Plaintiff,

vs.                                        CASE NO.: 3:24-cv-463-MMH-JBT

THOMAS KEVIN WATERS, in his
official capacity as Sheriff of the City of
Jacksonville, Florida; JOEL
BELGARD, individually; NICHOLAS
HACKLEY, individually; and
MARK MAZZONE, individually,

    Defendants.

_____

## MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on **JANUARY 3, 2025**, and the results of that conference are indicated below:

    **(a)**    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

        ✓    All individual parties and their respective trial counsel.

        ____    Designated corporate representatives.

        ✓    Required claims professionals.

    **(b)**    The following individuals, parties, corporate representatives, and/or claims professional failed to appear and/or participate as ordered:

_____

_____

(c)   The outcome of the mediation conference was:

_____   **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify that Court of settlement in accordance with Local Rule 3.08.

_____   **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____.

_____   **The conference was continued** with the consent of all parties and counsel. Mediation Reports will be filed after additional conferences.

✓   **The parties have reached an impasse**.

**DONE** this  3rd  day of January, 2024, in Jacksonville Beach, Duval County, Florida.

RESPECTFULLY SUBMITTED,

_____
MICHAEL I. COULSON - **Mediator**
Certification No: 5891 R
320 North First Street, Suite 708
Jacksonville Beach, FL  32250
(904) 296-9919
(904) 296-8323 - Fax
mcoulson@smithcoulson.com

## Certificate of Service

I DO HEREBY that a copy of the foregoing has been furnished to the below-named attorneys by electronic filing this 3RD day of January, 2024.

John D. Webb, Esquire

John D. Webb, P.A.

1662 Stockton Street

Jacksonville, FL 32204

**Attorneys for Plaintiff**


Sean Granat, Esquire

Office og General Counsel

117 West Duval Street, Suite 480

Jacksonville, FL 32202

**Attorneys for Defendant - T.K. Waters**


Paul Daragjati, Esquire

Paul Daragjati, PLC

4745 Sutton Park Court, Suite 503

Jacksonville, FL 32224

**Attorneys for Defendants - Officers**

_____
Mediator