## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

RONNIE EDWARD REED,

     Plaintiff,

vs.                      CASE NO: 3:24-cv-463-MMH-JBT

THOMAS KEVIN WATERS, in his
official capacity as Sheriff of the City of
Jacksonville, Florida; JOEL
BELGARD, individually; NICHOLAS
HACKLEY, individually; and
MARK MAZZONE, individually;

     Defendants.

_____/

## DEFENDANT SHERIFF WATERS'
## UNOPPOSED MOTION FOR MENTAL EXAMINATION

Defendant, Sheriff T.K. Waters, in his official capacity, pursuant to Rule 35, Fed. R. Civ. P., respectfully moves this Court for an Order requiring Plaintiff to submit to a mental examination. In support of this motion, Defendant states:

1)    The Plaintiff has sued Defendants for Constitutional violations that allegedly occurred when he was searched and arrested by Defendants. The Plaintiff claims that as a result of the Defendants' actions, he now suffers from

mental and emotional injuries including mental distress, embarrassment, humiliation, disgrace and injury to his feelings, continuing distressing memories of the incident, and acute anxiety in public.

2)   Plaintiff's alleged injuries place his mental health in controversy and give good cause for an examination to determine the existence and extent of such alleged injuries, and to determine whether such injuries were pre-existing.

3)   Pursuant to Rule 35, Defendant Waters now seeks an Order requiring Plaintiff to submit to a mental examination as follows:

Place:      **Office of General Counsel**
            **117 W. Duval Street, Ste. 480**
            **Jacksonville, Florida 32202**

Examiner:   **Dr. Ryan C. W. Hall, M.D.**

Date:       **February 11, 2025**

Time:       **9 a.m. arrival time**

Scope:      **Dr. Hall will conduct a typical forensic psychological examination of the Plaintiff. Dr. Hall will utilize non-invasive testing and questioning.**

            **Dr. Hall requests that, prior to the exam, the Plaintiff complete and sign a consent form and a forensic questionnaire, attached as Exhibit 1 and 2.**

## MEMORANDUM OF LAW

A.    <u>RULE 35 MENTAL AND PHYSICAL EXAMINATIONS</u>

Federal Rule of Civil Procedure 35 permits the Court to order a party whose mental or physical condition is in controversy to submit to a physical or mental examination by a suitably licensed examiner. A motion for such an Order may be made only for good cause and on notice to all parties and the person to be examined. *Id.* A plaintiff who asserts mental or physical injury as a result of a defendant's wrongdoing "places that mental or physical injury clearly in controversy and provides the defendant with good cause for an examination to determine the existence and extent of such asserted injury." *Schlagenhauf v. Holder* 379 U.S. 104, 119, 85 S.Ct. 234, 243 (U.S. 1964). Because the Plaintiff claims to have suffered mental and emotional injuries as a result of the Defendants' actions, he has put his mental condition in controversy. Accordingly, Defendant has shown that good cause exists for the examination to take place. *See Schlagenhauf,* 379 U.S. 104.

Thus, because Plaintiff's mental health is in controversy, the Defendant respectfully requests that the Court order the Plaintiff to submit to a mental examination as noticed above, and to complete the IME Consent and Questionnaire attached as Exhibits 1 and 2 prior to the exam.

<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)</u>

In accordance with Local Rule 3.01(g), the undersigned has conferred with counsel for Plaintiff who has no objection to the granting of this motion.

WHEREFORE, upon good cause having been shown, the Defendants respectfully request that this Court enter an Order requiring the Plaintiff to submit to a mental examination at the time and place noticed above.

Dated: January 21, 2025.

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/* Paul E. Bueker
**PAUL E. BUEKER**
**ASSISTANT GENERAL COUNSEL**
Florida Bar No.: 189405
PBueker@coj.net
CLively1@coj.net
**LEAD COUNSEL**
**SEAN B. GRANAT**
**DEPUTY GENERAL COUNSEL**
Florida Bar No.: 0138411
Sgranat@coj.net
Bosburn@coj.net
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Phone (904) 255-5071
Facsimile: (904) 255-5120
*Counsel for Defendant Waters*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2025, the foregoing was served, via email, to John D. "Jack" Webb, Esq., 1662 Stockton Street, Ste. 301, Jacksonville, FL 32204, Jwebb@jackwebblaw.com, Arichey@jackwebblaw.com,

counsel for Plaintiff; and Paul Daragjati, Esq., 4745 Sutton Park Ct. Ste. 503, Jacksonville, FL 32224, Paul@daragjatilaw.com, Rose@datagjatilaw.com, counsel for Defendants Belgard, Hackley, and Mazzone.

_/s/ Paul E. Bueker_
Attorney

# EXHIBIT 1

# Ryan C. W. Hall, M.D., P.A.

2500 West Lake Mary Boulevard, Suite 219
Lake Mary, Florida 32746
(407) 322-8199
Fax (407) 322-8169
E-mail: dr.rcwhall@live.com

RE: Ronnie Reed

I acknowledge that this evaluation is a Forensic Psychiatric Examination and that no doctor/patient treatment relationship is being established with Dr. Hall.

Dr. Hall has been retained by City of Jacksonville Office of General Counsel to conduct this examination and provide a report of his findings. Any information provided may be incorporated into Dr. Hall's verbal and/or written report if one is requested and may also be shared with the retaining agency and/or the court. Dr. Hall could also be called to testify under oath to his findings. The report will include my protected health information. I understand that once Dr. Hall shares the protected health information, it will then be under the authority of the agency or entity who received it from Dr. Hall and he will have no control over its further distribution.

Dr. Hall must be objective in his evaluation. Although Dr. Hall will offer an opinion about specific questions, it is the regulatory agency, employer, or jury, and not Dr. Hall, who will make the ultimate determination about the events or claim in question.

If Dr. Hall believes that my or another person's safety is at serious risk, then Dr. Hall is ethically and legally required to take reasonable steps to protect that person's safety.

My participation must be voluntary and reflect the choice that I have made. I can refuse to answer questions at any time, can terminate the evaluation, or can refuse to provide Dr. Hall with requested authorization to speak to third parties. I am aware that such refusals can be communicated to the retaining party and could be documented in the report if one is produced.

If I do not agree to the conditions of the evaluation or refuse to provide written consent to proceed, the evaluation will not be undertaken. I have the right to refuse. Dr. Hall, as a physician, cannot advise on how a refusal may impact my legal case. Dr. Hall has the right and responsibility to delineate the conditions under which an evaluation will be undertaken (e.g., covert electronic recording of the meeting is expressly prohibited).

I understand this consent to release information will remain valid for the length of my legal proceedings. I understand further that I have the right to revoke this consent; however my revocation must be in writing. Revocation of consent covers only future actions, not prior releases.

I may obtain a copy of this signed consent.

I agree to proceed with the evaluation and authorize full release of all protected health information to the retaining agency/entity.

Signed (evaluee): _____        Date: _____

# EXHIBIT 2

**Ryan C. W. Hall, MD, PA**
**2500 W. Lake Mary Blvd; Ste 219**
**Lake Mary, FL  32746**

**FORENSIC QUESTIONNAIRE**

ALL QUESTIONS <u>MUST</u> BE ANSWERED

Warning:  Because you are being examined for purposes of legal action (Worker's Compensation, Social Security, civil rights, civil or criminal, etc.), please be aware that the information you supply in this questionnaire, or tell the doctor, is not confidential.

**GENERAL INFORMATION**

Name:_____ Today's date: _____

Address: _____ City: _____

State, ZIP: _____ Date of Birth: _____ Age: _____

Phone: _____

Which is your dominant hand?  (right, left, both): _____Do you wear eyeglasses/contacts? _____

Can you read a newspaper? Yes _____  No _____  Your present weight: _____

Current employment: _____

Physician, lawyer or person who referred you to this office: _____

If you are being examined for Workers' Compensation, Social Security, a lawsuit, or criminal charges,

who is your lawyer? _____

Did you drive yourself here today?  Yes _____ No _____ If no, who brought you? _____

What is the driver's relationship to you (friend, relative, hired by your lawyer, etc.) _____

Who do you live with at this time? _____


**HISTORY OF PRESENTING PROBLEM**

Have you been experiencing any mental or nervous problems in the last month?  Yes _____  No _____

If yes, describe: _____

When did your mental/nervous problem first begin? _____

Have you been experiencing any physical problems in the last month?  Yes ___ No ___   If yes, describe:

_____

When did your physical problems first begin? _____

1

## ACTIVITIES OF DAILY LIVING

What time do you get up in the morning? _____ What time do you go to bed at night? _____

Who fixes your meals? _____ Do you drive a vehicle? _____ Do you use a checkbook

or online bill pay? _____ Who pays your bills? _____ Who cleans your home? _____

Do you attend a place of worship? _____ How often? _____

What hobbies do you now have? _____

What do you read? _____

What TV shows are presently your favorite(s)? _____

What activities do you do with your children? _____ What

was your last overnight trip? _____Who mows your yard? _____

What work do you do around your home? _____

How many movies do you rent/stream per month? _____    How many times do you go to the

movie theater a year? _____ How many times do you sleep away from home in a year? _____

How many ball games do you attend in a year? _____ How many times do you hunt in a year? _____

How many times do you fish per year? _____ How many times do you eat out in a month? _____

How many times a month do friends or family visit in your home? _____ How many times a

week do you call someone on your phone? _____ What plants do you grow? _____

Can you dress yourself? _____Can you bathe or shower yourself? _____

Can you have intercourse? _____ Do you maintain a social webpage (i.e., Facebook,

Instagram)?_____ How many emails do you write daily? _____

## PAST MEDICAL HISTORY

List any serious childhood illnesses you had: _____

Were you born prematurely? Yes __ No___ What did you weigh at birth? _____Did you

have growth problems? Yes _____ No _____   Were you sad or happy or depressed as a child? Sad ___

Happy ___ Depressed ___ List any permanent physical or mental problems from childhood: _____

_____ As a child, did you have trouble sitting still in school? Yes __

No ___ Did you have trouble learning in school? Yes ___ No __ Did you have trouble keeping your mind

on things as a child? Yes ___ No___ Did you have trouble learning to read? Yes ___ No ___ Did teachers

complain that you were too active? Yes ___ No ___

2

Check any serious illnesses/problems you have now or have been treated for in the past:

| | |
|---|---|
| ___ Seizures | ___ Depression |
| ___ Cancer | ___ Panic disorder |
| ___ Diabetes | ___ Anxiety |
| ___ Thyroid disease | ___ Alcoholism |
| ___ Anemia (low blood) | ___ Drug abuse |
| ___ High blood pressure | ___ Overdoses |
| ___ Heart disease | ___ Suicide attempts |
| ___ Lung or breathing problems | ___ Violence toward others |
| ___ Joint or back disease | ___ Attention deficit disorder |
| ___ Stomach or bowel disease | ___ Manic depressive |
| ___ Female problems | ___ Schizophrenia |
| ___ Pregnancy problems | ___ Eating disorders |
| ___ Urinary tract problems | ___ Neurological disease |
| ___ Sexual problems | ___ Spousal abuse |
| ___ Prostate problems | ___ Child abuse or neglect |
| ___ Sleep problems | |

If you were hospitalized for these illnesses, list the hospital(s): _____

_____

Have you had any motor vehicle accidents? Yes ___ No ___  If yes, list them:

| Date | Your age at the time | Type of injury | Treatment/by whom |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Have you ever been knocked out, lost consciousness or had a brain injury? Yes ____  No ____     If yes,

describe what happened: _____

Have you ever broken any bones? Yes ___ No ___ If yes, describe which bones were broken, right or left

side: _____

**For women:** How many pregnancies have you had? _____ How many living children have

you had? _____ How many miscarriages have you had? _____ Could you be

pregnant?  Yes ___  No _____

3

Have you had any surgeries or operations?   Yes ____ No ____ If yes, list below:

| Date | Your age at the time | Hospital where performed | Type of surgery |
|------|---------------------|--------------------------|-----------------|
|      |                     |                          |                 |
|      |                     |                          |                 |
|      |                     |                          |                 |

Are you taking any medications now? Yes _____ No _____ Please list the milligrams and how often you take your medicine.

| Medication | Milligrams | Times per day |
|------------|-----------|---------------|
|            |           |               |
|            |           |               |
|            |           |               |

Who keeps track of your medications?  You _____ Your spouse _____ Someone else _____

Do you have any drug allergies or reactions? Yes ____ No ____  If yes, list below:

| Drug | Allergic Reaction |
|------|-------------------|
|      | (Rash, nausea, hives, etc.) |
|      |                   |
|      |                   |

Do you use tobacco now? Yes __ No___ Not now, but previously ____ If yes or have used tobacco in the past, please describe how much and how long used: _____

Do you use electronic/vapor cigarettes? Yes ____ No___

Do you use alcohol now? Yes __ No __ Not now, but in the past __ If yes to any use of alcohol, describe:

Type of alcohol (whiskey, beer, wine, etc.): _____

Number of alcoholic drinks you have per day: _____

How long alcohol was used before you stopped:_____

Describe any medical treatment (including 12-step programs, AA/NA) for alcohol problems: _____

Describe any present alcohol problems in your life: _____

4

Have you ever taken a medication or drug that you received from friends or family or bought off the street? Yes ____ No ____ If yes, describe: _____

Have you ever used illegal drugs (i.e., cocaine, uppers, downers, crack, etc.)? Yes ____ No ____

Have you ever used marijuana? Yes____ No ____ Recreational_____ Medical ____ Both____

Have you ever sniffed paint, solvents or gasoline to get high? Yes _____ No _____ If yes, what did you sniff and how long? _____

Have you ever used illegal intravenous drugs (IV drugs): Yes _____ No____ _____

Have you ever received treatment for drug/substance abuse? Yes ____ No ____ If yes, what hospital, what year? _____

Using the chart below, list what type of illegal drugs you have used:

| Drug/substance | Age at first use | How long used | Last date used |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Do you drink coffee or tea? Yes _____ No _____ If yes, how many cups per day? _____ Do you drink caffeinated soft drinks/energy drinks? Yes _____ No____ What soft drinks/energy drinks? _____ _____ How many per day? _____

| Psychiatric hospital admission | Year hospitalized | Hospital name | Treating physician or psychiatrist | Diagnosis or reason for admission | Type of treatment received |
|---|---|---|---|---|---|
| 1st admission |  |  |  |  |  |
| 2nd admission |  |  |  |  |  |
| 3rd admission |  |  |  |  |  |
| 4th admission |  |  |  |  |  |

Have you ever been discharged from any hospital Against Medical Advice (AMA)? Yes _____ No _____

If yes, describe: _____

_____

Have you ever stopped taking psychiatric medications without asking the doctor?  Yes _____    No _____

Have you ever been prescribed any antianxiety, antidepressant, or other psychiatric medications?  Yes ____  No ____ If yes, describe: _____ When is the first time you ever took antianxiety medicines or antidepressants? _____

Have you ever had shock treatments(ECT)?  Yes ___ No ____ TMS? Yes ___ No___ Ketamine? Yes____ No ____

If yes, describe when and where: _____

Have you ever been committed to a mental hospital or psychiatric unit? Yes ____ No ____ If yes, describe:

_____

Have you ever refused mental treatment?  Yes ____ No ____ If yes, describe: _____

_____

Have you ever received any type of outpatient/office treatment (medication, counseling, therapy) by your family doctor, psychiatrist, psychologist, nurse practitioner, or therapist for any psychological, psychiatric, family, or marital problems? Yes ____ No ____ If yes, describe:

| Date | Your age at the time | Type of injury | Treatment/by whom |
|------|---------------------|----------------|-------------------|
|      |                     |                |                   |
|      |                     |                |                   |
|      |                     |                |                   |
|      |                     |                |                   |

Have you ever intentionally overdosed yourself on drugs or medicines? Yes _____    No _____

If yes, describe: _____

Have you ever attempted to take your life? Yes _____ No _____ _____

If yes, describe: _____

Have you ever cut, burned or disfigured yourself? Yes _____ No____ _____

If yes, describe: _____

Zung Anxiety Scale

|  | None OR a little of the time | Some of the time | Good part of the time | Most OR all of the time |
|---|---|---|---|---|
| I feel more nervous and anxious than usual |  |  |  |  |
| I feel afraid for no reason at all |  |  |  |  |
| I get upset easily or feel panicky |  |  |  |  |
| I feel like I'm falling apart and going to pieces |  |  |  |  |
| I feel that everything is all right and nothing bad will happen |  |  |  |  |
| My arms and legs shake and tremble |  |  |  |  |
| I am bothered by headaches, neck and back pain |  |  |  |  |
| I feel weak and get tired easily |  |  |  |  |
| I feel calm and can sit still easily |  |  |  |  |
| I can feel my heart beating fast |  |  |  |  |
| I am bothered by dizzy spells |  |  |  |  |
| I have fainting spells or feel like it |  |  |  |  |
| I can breathe in and out easily |  |  |  |  |
| I get feelings of numbness and tingling in my fingers and toes |  |  |  |  |
| I am bothered by stomachaches or indigestion |  |  |  |  |
| I have to empty my bladder often |  |  |  |  |
| My hands are usually dry and warm |  |  |  |  |
| My face gets hot and blushes |  |  |  |  |
| I fall asleep easily and get a good night's rest |  |  |  |  |
| I have nightmares |  |  |  |  |

Zung Depression Scale

Check the most appropriate response.

| | None or a little of the time | Some of the time | Good part of the time | Most or all of the time |
|---|---|---|---|---|
| 1.  I feel down-hearted and blue | | | | |
| 2.  Morning is when I feel the best | | | | |
| 3.  I have crying spells or feel like it | | | | |
| 4.  I have trouble sleeping at night | | | | |
| 5.  I eat as much as I used to | | | | |
| 6.  I still enjoy sex | | | | |
| 7.  I notice that I am losing weight | | | | |
| 8.  I have trouble with constipation | | | | |
| 9.  My heart beats faster than usual | | | | |
| 10.  I get tired for no reason | | | | |
| 11.  My mind is as clear as it used to be | | | | |
| 12.  I find it easy to do the things I used to | | | | |
| 13.  I am restless and can't keep still | | | | |
| 14.  I feel hopeless about the future | | | | |
| 15.  I am more irritable than usual | | | | |
| 16.  I find it easy to make decisions | | | | |
| 17.  I feel that I am useful and needed | | | | |
| 18.  My life is pretty full | | | | |
| 19.  I feel that others would be better off if I were dead | | | | |
| 20.  I still enjoy the things I used to do | | | | |

Patient Health Questionnaire (PHQ-9)

Over the last 2 weeks, how often have you been bothered by any of the following problems?

Use "√" to indicate your answer.

|  | Not at all | Several days | More than half the days | Nearly every day |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things |  |  |  |  |
| 2. Feeling down, depressed, or hopeless |  |  |  |  |
| 3. Trouble falling or staying asleep, or sleeping too much |  |  |  |  |
| 4. Feeling tired or having little energy |  |  |  |  |
| 5. Poor appetite or overeating |  |  |  |  |
| 6. Feeling bad about yourself – or that you are a failure or have let yourself or your family down |  |  |  |  |
| 7. Trouble concentrating on things, such as reading the newspaper or watching television |  |  |  |  |
| 8. Moving or speaking so slowly that other people could have noticed.  Or the opposite – being so fidgety or restless that you have been moving around a lot more than usual |  |  |  |  |
| 9. Thoughts that you would be better off dead, or of hurting yourself |  |  |  |  |
| (Healthcare professional) | Add columns |  |  |  |
| (For interpretation of TOTAL, refer to scoring card) | TOTAL |  |  |  |
| 10. If you checked off *any* problems, how *difficult* have these problems made it for you to do your work, take care of things at home, or get along with other people? | Not difficult at all    _____<br>Somewhat difficult    _____<br>Very difficult    _____<br>Extremely difficult    _____ |  |  |  |

9

Check any of the following that apply to you at the present time.

| | | | | |
|---|---|---|---|---|
| □ hallucinating | □ talented | □ too ambitious | □ daydreamer | □ generous |
| □ nightmares | □ insomnia | □ helpful | □ lack of confidence | □ open |
| □ tense | □ horrible thoughts | □ bed wetting | □ capable | □ bored |
| □ trusting | □ thoughtful | □ lonely | □ unable to concentrate | |
| □ easily hurt | □ aggressive | □ evil | □ guilty | □ restless |
| □ dizzy | □ stable | □ easily influenced | □ lovable | □ affectionate |
| □ don't like vacations or weekends | | □ bad temper | □ inferior | □ unhappy |
| □ timid | □ forgetful | □ enthusiastic | □ panicky | □ headaches |
| □ unloved | □ respected | □ happy | □ worthless | □ regretful |
| □ calm | □ modest | □ confused | □ soft-hearted | □ ugly |
| □ depressed | □ well mannered | □ need help | □ shy | □ agitated |
| □ no appetite | □ rigid | □ loyal | □ fire setter | □ cowardly |
| □ fainting spells | □ suicidal | □ tired | □ self-confident | □ stupid |
| □ friendly | □ rejected | □ unattractive | □ indecisive | □ full of hate |
| □ in conflict | □ flexible | □ cruel to animals | □ inadequate | □ angry |
| □ misunderstood | □ can't do anything right | | □ unable to have a good time | |

## FAMILY HISTORY

Please check if any of these illnesses have occurred in any of your parents, grandparents, brothers, sisters, or children:

| | |
|---|---|
| ___ Diabetes | ___ High blood pressure |
| ___ Cancer | ___ Thyroid disease |
| ___ Heart disease | ___ Alcohol/drug problem |
| ___ Lung disease | ___ Eating disorder |
| ___ Mental illness/nerve problems | ___ Suicide |
| ___ Violence toward others | ___ Killing another person |
| ___ Spouse abuse | ___ Child abuse |

If you checked any of the above, please explain which relative had the illness: _____

_____

Father's age, if living: _____  Mother's age, if living: _____  If father, mother, brothers, sisters or

child has died, list the cause of death and age at death: _____

_____

_____

## SOCIAL HISTORY

Where were you born? _____  Date of birth: _____

10

How many children were in your family? _____ Of your siblings, how many sisters? _____

How many brothers? _____ Where do you come in the family (first child, last child, etc.) _____

What did your father do for a living? _____

What did your mother do for a living? _____

Did your family have enough money? _____ Not enough money? _____ Live in poverty? _____

Are (were) your parents divorced? _____ If yes, when? _____ How old were you at the time? _____

Who raised you? _____ Did your parent(s) own their home? Yes _____ No_____    Was your

home happy?  Yes _____ No_____ Abusive? Yes _____ No _____ Threatening? Yes _____ No _____ Hard on

you? Yes _____ No _____ Make you feel depressed? Yes _____ No _____ _____

Did your father abuse your mother or mother abuse your father? Yes _____ No _____

Have you ever been sexually abused? Yes _____ No _____ _____

Have you ever been physically abused? Yes _____ No ____ _____

Have you ever been violent to or harmed a person, animal or property? Yes _____ No_____ _____

Have you ever shot, stabbed, or beaten another person? Yes _____ No _____ _____

Have you ever threatened to kill another person? Yes _____ No ____ _____

Have you ever killed another person, even if by accident? Yes _____ No _____ _____

Describe your abuse or violence of others, if any: _____

Have you ever been in trouble for your sexual behavior? Yes _____ No _____ _____

Have you ever sexually abused or harassed a child or adult? Yes _____ No _____ _____


Highest grade you completed in school (i.e. 12th is senior year of high school)?_____

If you did not finish high school, what was the reason you quit? _____

What were your grades in high school? _____ Were you in special

education classes? Yes ____ No _____ In school, did the teachers think you were hard to control or was it

hard to get your attention? Yes _____ No _____

If you attended any college, list college/university, degree, and date of graduation:

| College/University | Degree | Date of Graduation |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Are you never married, married, widowed, or divorced? _____

How long have you been married, widowed or divorced? _____

| Marriage | Year married | Year divorced | Spouse's name | Any biological children and their ages | Reason for divorce |
|---|---|---|---|---|---|
| 1st marriage | | | | | |
| 2nd marriage | | | | | |
| 3rd marriage | | | | | |
| 4th marriage | | | | | |

How many biological children do you have? _____ Adopted children? _____Step-children? _____

If you are married, how would you describe your marital relationship? Good _____ Fair _____ Bad _____

Terrible/abusive _____

If you are not married and have a romantic relationship, describe your relationship: Good _____ Fair _____ Bad _____ Terrible/abusive _____

Describe your relationship with your children:  Close _____ Could be better _____ Distant _____ Poor _____

If you do not have a relationship, how do you feel about this? Satisfied _____ Lonely, but ok _____ Not satisfied and want a relationship _____ Very sad and lonely _____

**LEGAL HISTORY**

Have you ever had any criminal convictions/arrests? Yes ___ No___   If yes, fill in below:

| Arrest date | Charge(s) | Where (city, state) | Were you convicted? | Length of time in jail/prison? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Have you been involved in any civil lawsuits as either the plaintiff or defendant? Yes _____ No _____

If yes, describe: _____

Has your spouse, or anyone else, ever gotten a restraining order or emergency protective order against you? Yes _____ No _____ If yes, describe: _____

Have you ever gotten a restraining order or emergency protective order against your spouse, or anyone else? Yes _____ No _____ If yes, describe:_____

Have you ever filed a Workers' Compensation claim? Yes _____ No_____ If yes, how many? _____

Describe each injury and the year it occurred? _____

Have you ever been charged with spouse abuse, child abuse or neglect, or terroristic threatening? Yes__ No _____ If yes, describe: _____

## EMPLOYMENT/VOCATIONAL HISTORY

Employment status:    Full time _____ Part time_____ Not employed _____ Student_____

If not employed, reason you are not employed: _____

_____

If employed, who is your present employer? _____

Length of time on your last/current job: _____

Job title/position of that job: _____

If you are disabled, year of and reason for your disability:  Year _____ Reason _____

_____

What are your present sources of all monthly income? _____

Were you ever fired or asked to resign from a job? Yes _____ No _____ If yes, reason: _____

_____

Have you ever threatened your employer or a coworker? Yes _____ No _____ _____

Where is your spouse employed? _____

Do you plan to return to work at any time in the future? Yes _____ No _____ _____

List past employment (beginning with your most recent job):

| Employer | Job Title | Start date | Finish date | Reason for leaving | Other |
|----------|-----------|------------|-------------|--------------------|-------|
|          |           |            |             |                    |       |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**MILITARY HISTORY**

Have you had any military service?   Yes \_\_\_   No \_\_\_\_\_   If yes, list below:

| Branch of Service | Years served | Rank at time of discharge | Type of discharge | Job duties |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Where was your basic training? _____

Where was your advanced training? _____

If you ever served in a combat zone, list dates and area: _____

_____

If wounded in military service, describe: _____

_____

List any promotions/advancements and dates: _____

_____

List any medals/commendations and dates awarded: _____

_____

Were there any disciplinary actions against you? Yes \_\_\_   No \_\_\_  If yes, describe: _____

_____

Were you ever in the brig or stockade? Yes \_\_\_   No \_\_\_\_\_ _____

Describe any military pension or disability: _____

**REVIEW OF SYSTEMS**

(Circle those symptoms present)

**GENERAL**

Fever, shaking, chills, change in appetite, loss in weight, gain in weight, fatigue, change in sleeping patterns, soaking night sweats.

Explain any circled items.  If you have lost or gained weight, how many pounds in the last three months? _____

_____

_____

**HEAD, EYES, EARS, NOSE, THROAT**

Headache, changes in vision, double vision, blurred vision, eye pain, excessive tearing, discharge from the eyes, changes in hearing, ringing in ears, ear pain, discharge from ears, nosebleeds, odd odors, hoarseness, dental pain, sore tongue, sore throat, mouth sores.

Explain any circled items: _____

_____

_____

**CHEST**

Cough, sputum production, shortness of breath, wheezing, blood in sputum, abnormal chest x-ray, positive TB test, lump(s) in breast, nipple discharge, nipple bleeding, breast pain.

Explain any circled items: _____

_____

**HEART**

Chest pain, shortness of breath with walking, shortness of breath upon lying down, heart murmur, rheumatic fever, shortness of breath that wakes you up at night, swelling in legs, fainting.

Explain any circled items: _____

_____

15

**STOMACH,**
**BOWEL**
Change in appetite, nausea, vomiting, blood in vomit, dark brown vomit, diarrhea, constipation, change in stool size, blood in stool, dark black tarry-colored stool, food intolerance, trouble swallowing, heartburn, indigestion, laxative use, excessive gas, abdominal pain, weight loss, weight gain.

Explain any circled items: _____

_____

**URINARY,**
**GENITAL**
Trouble starting urination, excessive urination, dribbling of urine, pain upon urination, blood in urine, excessive urination after going to bed, unable to hold urine, bed wetting, sores on genitals.

Explain any circled items: _____

_____

**FEMALE**
Menstrual irregularity, premenstrual distress, menopause symptoms, excessive female bleeding.

Explain any circled items: _____

_____

**MENTAL**
Depression, nervousness, panic, thoughts of suicide, poor concentration, loss of memory, too happy, word-finding difficulty, confusion, inability to know month/year, hearing voices, seeing things, paranoid thoughts, irritability, arguing, crying for no reason, trouble thinking, flashbacks, thoughts of killing another person, counting things, checking things, afraid of germs, afraid to touch doorknobs, wash hands more than 10 times daily, take more than two baths or showers daily.  Do you have a present plan to kill yourself?   Yes ____ No ____  Do you have a plan to kill someone else? Yes ____  No ____

Explain any circled items: _____

_____

**NEUROLOGIC**
Blackouts, seizures, double vision, partial blindness, numbness, tingling, weakness, poor balance, shaking or tremors, abnormal movements of face or body, poor coordination, paralysis, loss of reflexes, pain.

Explain any circled items: _____

_____

**MUSCLES**,    Muscle spasms, joint pain, bone disorders, difficulty walking, difficulty sitting, difficulty
**SKELETAL**    using hands, difficulty bending, difficulty lifting.

Explain any circled items: _____

_____

**SLEEP**    Cannot fall asleep, cannot stay asleep, wake up too early, fall asleep at any time, night
terrors, nightmares, sleep walking, restless legs before sleep, cannot stay awake during
or while sitting, severe snoring that bothers others, choking during sleep, cannot stay
awake to drive, others have observed you to stop breathing during sleep.

Explain any circled items: _____

_____

**SEXUAL**    Men: Cannot get erection, cannot ejaculate, ejaculate too soon, no sexual desire,
partner does not meet your needs.

Women: Cannot lubricate, cannot have orgasm, no sexual desire, partner does not meet
your needs.

How many times per month do you engage in sexual activity? _____

Explain any circled items: _____

_____

_____

**HIV**    Could you be HIV positive?  Yes ____    No ____

17

**AUTHORIZATION INFORMATION**

I authorize Ryan C. W. Hall, MD to examine and test me. (If you are under 18 years of age, your parent or guardian must sign this form.)

_____
Signature

_____
Date

I authorize this office to send a copy of this evaluation to the person or agency who requested me to be examined or to those parties involved in my care.

_____
Signature

_____
Date

By my signature, I certify that all statements that I answered on this questionnaire are true and accurate.

_____
Signature

_____
Date

If this form was filled out by someone other than the patient, please give name and relationship to patient (spouse, friend, parent, guardian, etc.)

Name: _____ Relationship: _____