## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

RONNIE EDWARD REED,

     Plaintiff,

Case No.: 3:24-cv-00463

JURY TRIAL DEMANDED

THOMAS KEVIN WATERS, in his
official capacity as Sheriff of the City of
Jacksonville, Florida; JOEL
BELGARD, individually; NICHOLAS
HACKLEY, individually;  and MARK
MAZZONE, individually,

     Defendants.

_____/

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

COMES NOW, Plaintiff, Ronnie Edward Reed, by and through his

undersigned counsel, and hereby files his Unopposed Motion to Modify Case

Management and Scheduling Order (the "Motion"), pursuant to Rule 16(b) of the

Federal Rules of Civil Procedure, and, in support, states as follows

1.     On July 29, 2024, this Court entered its Case Management and

Scheduling Order and Referral to Mediation (the "Scheduling Order") [D.E. 26].

2.     Pursuant to the Scheduling Order, the deadline for Plaintiff to Disclose

Expert Reports is January 31, 2025, the deadline for Defendants to Disclose Expert

Reports is February 28, 2025, the deadline for submittal of Rebuttal Expert Reports

is March 3, 2025; the deadline for completing discovery  and filing motions to

compel is May 7, 2025, and the deadline for filing of Daubert and dispositive motions is June 9, 2025.

3.    Plaintiff has retained an Expert Witness in this matter. However, due to scheduling conflicts Plaintiff needs additional time for disclosure of Expert Reports.

4.    Wherefore, Plaintiff respectfully requests that this Court amend the Scheduling Order to allow for additional time for Disclosure of Expert Reports, as well as the corollary following deadlines as follows:

  a.  Deadline for Plaintiff's Disclosure of Expert Reports extended until February 28, 2025;

  b.  Deadline for Defendants' Disclosure of Expert Reports extended until March 31, 2024; and

  c.  Deadline for Disclosure for Disclosure of Rebuttal Expert Reports extended until April 30, 2025.

  d.  Deadline for Completion of Discovery and the filing of motions to compel until June 4, 2025; and

  e.  Deadline for the filing of Daubert motions and dispositive motions until July 7, 2025.

**<u>MEMORANDUM OF LAW</u>**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Court can amend a scheduling order for good cause. Here, good cause for modification exists, and Plaintiff has acted with diligence in seeking modification of the Scheduling Order. *Cf. Sosa v. Airprint Systems, Inc.*, 133 F.3d 1417 (11th Cir. 1998). Moreover, Plaintiffs do

not oppose the relief requested in this Motion as evidenced by the attached Local Rule 3.01(g) certification, and granting the Motion will not prejudice either party or the proceedings of this Court.

WHEREFORE, Plaintiff respectfully requests the entry of an Order amending this Court's Scheduling Order to allow for additional time for Disclosure of Expert Reports and other corollary deadlines.

<u>**LOCAL RULE 3.01(g) CERTIFICATE OF CONFERRAL**</u>

The parties have met and conferred regarding the relief sought in this motion, and Defendants' counsel consents to the requested relief.

Respectfully submitted this 30th day of January, 2025.

**JOHN D. WEBB, P.A.**

<u>*s/ John D. Webb*</u>
John D. "Jack" Webb
Florida Bar Number: 0051871
1662 Stockton St., Ste. 201
Jacksonville, Florida 32204
Telephone: (904) 803-4686
Primary Email:
jwebb@jackwebblaw.com
Secondary Email:
arichey@jackwebblaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 30th day of January, 2025, I electronically

filed the foregoing with the Clerk of the Court by using the CM/ECF system, which

will electronically send a notice of electronic filing to all parties of record who have

consented to such service.

JOHN D. WEBB, P.A.

<u>*s/ John D. Webb*</u>
John D. "Jack" Webb
Florida Bar Number: 0051871
1662 Stockton St., Ste. 201
Jacksonville, Florida 32204
Telephone: (904) 803-4686
Primary Email:
jwebb@jackwebblaw.com
Secondary Email:
arichey@jackwebblaw.com