# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RONNIE EDWARD REED,

    Plaintiff,

Case No.: 3:24-cv-00463

JURY TRIAL DEMANDED

THOMAS KEVIN WATERS, in his official capacity as Sheriff of the City of Jacksonville, Florida; JOEL BELGARD, individually; NICHOLAS HACKLEY, individually;  and MARK MAZZONE, individually,

    Defendants.

_____/

## NOTICE OF RESOLUTION

Plaintiff, Ronnie Edward Reed, by and thorough undersigned counsel, and pursuant to Middle District Local Rule 3.09, hereby gives notice to this Court of a pending settlement in this instant action brought by Plaintiff, resolving all plead claims against all Defendants.  A notice of dismissal will be filed upon completion of all terms.

Respectfully submitted this 28th day of February, 2025.

**JOHN D. WEBB, P.A.**

*s/ John D. Webb*
John D. "Jack" Webb
Florida Bar Number: 0051871
1662 Stockton St., Ste. 201
Jacksonville, Florida 32204
Telephone: (904) 803-4686
Primary Email:

jwebb@jackwebblaw.com
Secondary Email:
arichey@jackwebblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will electronically send a notice of electronic filing to all parties of record who have consented to such service.

JOHN D. WEBB, P.A.

*s/ John D. Webb*
John D. "Jack" Webb
Florida Bar Number: 0051871
1662 Stockton St., Ste. 201
Jacksonville, Florida 32204
Telephone: (904) 803-4686
Primary Email:
jwebb@jackwebblaw.com
Secondary Email:
arichey@jackwebblaw.com