**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RONNIE EDWARD REED,

      Plaintiff,

v.                                                                  Case No.   3:24-cv-463-MMH-SJH

THOMAS KEVIN WATERS, in his
official capacity as Sheriff of the
City of Jacksonville, Florida, et al.,

      Defendants.

_____/

# ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Stipulated Dismissal With Prejudice (Dkt. No. 59; Stipulation) filed on March 27, 2025.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.     This case is **DISMISSED with prejudice**.

2.     Each party shall bear their own costs and attorney's fees.

3.      The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of March,

2025.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record